UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALFRED RAY THOMAS, JR.,
ALIJAH RAY VANTE BAILEY-THOMAS, and
NEHEMIAH LEMONTA JAMES,

Defendants.
______________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Conspiracy to Possess and Transfer Machineguns)**

From on or about June 2026 and continuing through the date of this Indictment, in Ingham County, in the Southern Division of the Western District of Michigan, the defendants,

ALFRED RAY THOMAS, JR.,
ALIJAH RAY VANTE BAILEY-THOMAS, and
NEHEMIAH LEMONTA JAMES,

knowingly conspired with each other, and others known and unknown to the Grand Jury, to commit the offense of possession and transfer of machineguns, in violation of Title 18, United States Code, Sections 371 and 922(o).

**Object of the Conspiracy**

1. The object of the conspiracy was to possess and transfer conversion devices that, when installed, convert semiautomatic pistols into fully automatic machineguns.

## Manner and Means of the Conspiracy

2. It was part of the conspiracy that members of the conspiracy obtained switches from unknown sources. "Switches" or "machinegun conversion devices" are conversion devices, often made from metal or a polymer commonly used in 3D printers, that can be installed on a semiautomatic pistol to make the gun fire more than one shot automatically, without manual reloading, by a single function of the trigger. Switches themselves are machineguns, as defined by Title 26, United States Code, Section 5845(b).

3. It was further a part of the conspiracy that members of the conspiracy possessed and transferred devices for installation and use with semiautomatic pistols.

## Overt Acts

4. In furtherance of the conspiracy and to effectuate its illegal object, the following overt acts, among others, were committed in the Western District of Michigan:

5. On or about June 1, 2026, BAILEY-THOMAS possessed five conversion devices while in Lansing, Michigan. He transferred those conversion devices to Buyer for $1,360.

6. On or about that same day, an unindicted conspirator who helped to arrange the June 1, 2026, transfer told Buyer that BAILEY-THOMAS is the little brother of someone who sells conversion devices but is currently locked up.

7. On or about June 29, 2026, BAILEY-THOMAS possessed five conversion devices while in Lansing, Michigan. He transferred those conversion devices to Buyer for $1,400.

8. On or about July 5, 2026, THOMAS contacted Buyer by text message, saying, "I just got out[.] I had you dealing with my lil brother," referring to BAILEY-THOMAS selling conversion devices to Buyer. He also said, "I'm getting back around[.] you fuck with the ones for Ars[?] I got them 2 just call me." Buyer responded, asking the price for the "steps," which is slang for conversion devices. THOMAS answered that the price was $350 each.

9. On or about July 8, 2026, THOMAS possessed one conversion device and met Buyer outside of THOMAS's residence in Lansing, Michigan. He transferred that conversion device to Buyer for $250.

10. On or about July 26, 2026, THOMAS informed Buyer that he had two red conversion devices for sale for $500. THOMAS and Buyer later agreed to meet outside of THOMAS's residence to transfer the conversion devices.

11. On or about July 31, 2026, JAMES possessed two red conversion devices and met Buyer outside of THOMAS's residence in Lansing, Michigan. JAMES transferred those conversion devices to Buyer for $500. THOMAS joined JAMES part of the way through the transaction and collected the $500 that Buyer paid for the conversion devices.

12. On or about August 13, 2026, THOMAS possessed nine conversion devices and met Buyer outside of THOMAS's residence in Lansing, Michigan. He

transferred those conversion devices to Buyer for $1,800. THOMAS told Buyer that he would be able to provide more conversion devices in ten to fourteen days.

13. On or about September 1, 2026, THOMAS possessed eight conversion devices and met Buyer outside of THOMAS's residence in Lansing, Michigan, before moving into a common area in the residential building to complete the transaction. He transferred those conversion devices to Buyer for $1,800.

14. On or about September 16, 2026, THOMAS contacted Buyer, indicating he had ten more conversion devices for sale. THOMAS offered to sell them for $1,800. Later that same day, an unindicted conspirator possessed the ten conversion devices and met Buyer outside of THOMAS's residence in Lansing, Michigan. The unindicted conspirator transferred those conversion devices to Buyer for $1,800.

15. Together, the conspirators possessed and transferred at least forty conversion devices in furtherance of the conspiracy.

18 U.S.C. § 371
18 U.S.C. § 922(o)

**COUNT 2**
**(Possession of Machineguns)**

On or about June 1, 2026, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

ALIJAH RAY VANTE BAILEY-THOMAS,

knowingly possessed machineguns, namely five machinegun conversion devices, which were designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

**COUNT 3**
**(Possession of Machineguns)**

On or about July 31, 2026, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

NEHEMIAH LEMONTA JAMES,

knowingly possessed machineguns, namely two machinegun conversion devices, which were designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

**COUNT 4**
**(Possession of Machineguns)**

On or about August 13, 2026, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

ALFRED RAY THOMAS, JR.,

knowingly possessed machineguns, namely nine machinegun conversion devices, which were designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

CLINT W. WESTBROOK
Assistant United States Attorney